■ In the Matter of PETER MARCUS, Appellant, v COUNTY OF CATTARAUGUS, Respondent. [730 NYS2d 903] —Judgment unanimously affirmed without costs for the reasons stated in decisions at Supreme Court, Himelein, J. (Appeal from Judgment of Supreme Court, Cattaraugus County, Himelein, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Green, Pine, Scudder and Lawton, JJ.